

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     *Sandra Dewalt Denson, Robert Denson, and Shelia Dewalt Denson v.*
*JPMorgan Chase Bank, N.A., JPMorgan Chase & Co., Rasheal*
*Farris, Mary Green, and Al Ramirez*

Appellate case number:   01-19-00107-CV

Trial court case number:  2017-11346

Trial court:                    157th District Court of Harris County

Date motion filed:          December 17, 2020

Party filing motion:        Appellants

    It is ordered that the motion for rehearing is **denied**.


Judge's signature:        /s/   Sherry Radack_____
                              ☑ Acting for the Court


Panel consists of: Chief Justice Radack and Justice Countiss.


Date:   __February 11, 2021_____